IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT L. CARODINE,

        Defendant.

8:22CR71

ORDER

    This matter is before the Court on government's Motion for Dismissal (Filing No. 170) of Counts I, II and V of the Indictment as to defendant Robert L. Carodine pursuant to Federal Rule of Criminal Procedure 48(a). The government requests Counts I, II and V of the Indictment be dismissed without prejudice as to Robert L. Carodine.

    The Motion is granted, and Counts I, II and V of the Indictment against Robert L. Carodine are dismissed without prejudice.

    IT IS SO ORDERED.

    Dated this 25th day of October 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge