IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT L. CARODINE,<br><br>Defendant. | **8:22CR71**<br><br><br>**ORDER** |

Before the Court is non-party Dominique Washington's Request for Transcript (Filing No. 180) of the sentencing hearing held October 25, 2024.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 180) is granted.

2. Dominique Washington must contact court reporter Sue DeVetter at suedevetter@yahoo.com to make arrangements for the preparation and payment of the transcript. Dominique Washington will be responsible for that transcript cost.

3. The Clerk's Office is directed to mail a copy of this order to Dominique Washington at 10819 Franklin Street, Omaha, Nebraska 68154.

4. The Clerk's Office is directed to email copies of the Request for Transcript and this Order to Sue DeVetter.

Dated this 24th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge